FILED & ENTERED

SEP 23 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re ) 
                   ) CASE NO. SV 09-20710-KT

    MARIA C. MONTANO, ) 
                   ) CHAPTER 7

        Debtor. ) **ORDER DISMISSING**
                   ) **INVOLUNTARY PETITION**

                   ) Date:    September 22, 2009
                   ) Time:   11:00 a.m.
                   ) Place:  Courtroom "301"
                   )         21041 Burbank Blvd.
                   )         Woodland Hills, CA 91367

       The above-captioned involuntary petition was filed on August 19, 2009 by one creditor, Maria Manjivar.  The matter was set for a status hearing on September 22, 2009 at 11:00 a.m.  There were no appearances at the hearing.

       THEREFORE, IT IS HEREBY ORDERED that this bankruptcy case be dismissed.  This court retains jurisdiction of this case for all lawful purposes including available remedies in conjunction with a bad faith filing.

###

DATED: September 23, 2009

_Kathleen Thompson_
_____
United States Bankruptcy Judge

<u>CERTIFICATE OF MAILING</u>

I hereby certify that copies of the ORDER DISMISSING BANKRUPTCY CASE were mailed to the following parties in interest:

DATED:_____          JON D. CERETTO
                        CLERK OF COURT


                  By:
                        Deputy Clerk


| ELECTRONIC SERVICE | SERVICE BY MAIL |
|---|---|
| <ul><li>John B Acierno<br>ecfcacb@piteduncan.com</li><li>Richard J Bauer    rbauer@mileslegal.com,<br>ecf.cmbk@mileslegal.com;rbauer@mileslegal.com</li><li>Mark Domeyer<br>mdomeyer@mileslegal.com,<br>ecf.cmbk@mileslegal.com</li><li>Mark D Estle    mdestle@estlelaw.com</li><li>Mehrdaud Jafarnia<br>bknotice@mccarthyholthus.com</li><li>Raffi Khatchadourian    raffi@hemar-rousso.com</li><li>Steven M Lawrence<br>generalmailaswlawoffice.com@alvaradoca.com</li><li>Joe M Lozano<br>notice@NBSDefaultServices.com</li><li>Matthew D Tokarz<br>mtokarz@mileslegal.com,<br>ecf.cmbk@mileslegal.com</li><li>United States Trustee (SV)<br>ustpregion16.wh.ecf@usdoj.gov</li><li>Darlene C Vigil    darlenev@bdftw.com,<br>cdcaecf@bdftw.com</li></ul> | **Maria Carmen Montano**<br>311 N Robertson #477<br>Beverly Hills, CA 90211<br><br>**Maria Manjivar**<br>8427 Crebs Ave<br>Northridge, CA 91302 |

| • Alan Steven Wolf    wdk@wolffirm.com | |